Paul T. Trimmer, Bar # 9291
trimmerp@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*
*Western Veterinary Conference*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SARAH PETER, an individual, | |
| Plaintiff, | Case No.: 2:13-cv-01690-JAD-GWF |
| v. | |
| WESTERN VETERINARY CONFERENCE, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant Western Veterinary Conference and Plaintiff Sarah Peter, through their undersigned counsel of record, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated: February 18, 2014

JACKSON LEWIS P.C.
*/s/  Paul T. Trimmer*
Paul T. Trimmer
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
*Attorneys for Defendant*

Dated: February 18, 2014

ESTEBAN-TRINIDAD LAW, P.C.
*/s/  M. Lani Esteban-Trinidad*
M. Lani Esteban-Trinidad
Amy M. Rose
4315 N. Rancho Drive
Las Vegas, Nevada 89130
*Attorneys for Plaintiff*

### IT IS HEREBY ORDERED.

Dated: February 18, 2014.

_____
United States District Judge

JACKSON LEWIS P.C.
LAS VEGAS